

United States District Court
Eastern District of California

| Ernest Sarte | |
|---|---|
| Plaintiff(s) | Case Number: 2:22-cv-01678-TLN-DB |
| V. | |
| Henry Industries, Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Harold L. Lichten hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Ernest Sarte, individually and on behalf of all others similarly situated

On 10/19/1987 (date), I was admitted to practice and presently in good standing in the District of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/26/2022     Signature of Applicant: /s/ Harold L. Lichten

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Harold L. Lichten |
| Law Firm Name: | Lichten & Liss-Riordan, P.C. |
| Address: | 729 Boylston St. Suite 2000 |
| City: | Boston   State: MA   Zip: 02116 |
| Phone Number w/Area Code: | (617) 994-5800 |
| City and State of Residence: | Hamilton, Massachusetts |
| Primary E-mail Address: | hlichten@llrlaw.com |
| Secondary E-mail Address: | courth@llrlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam Rose |
| Law Firm Name: | Adam Rose |
| Address: | 23901 Calabasas Rd. #2072 |
| City: | Calabasas   State: CA   Zip: 91302 |
| Phone Number w/Area Code: | (818) 225-9040   Bar # 210880 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 22, 2022

JUDGE, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Harold L. Lichten**, Bar **549689**, was duly admitted to practice in this Court on **October 19, 1987**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **September 21, 2022**



**Robert M. Farrell**
CLERK