

United States District Court
Eastern District of California

| Ernest Sarte | | Case Number: | 2:22-cv-01678-TLN-DB |

Plaintiff(s)

V.

Henry Industries, Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, W. Jeffrey Vollmer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Ernest Sarte, individually and on behalf of all others similarly situated

On 10/05/2006 (date), I was admitted to practice and presently in good standing in the West Virginia State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/07/2022        Signature of Applicant: /s/ W. Jeffrey Vollmer

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | W. Jeffrey Vollmer |
| Law Firm Name: | Goodwin & Goodwin, LLP |
| Address: | 300 Summers St., Suite 1500 |
| City: | Charleston    State: WV    Zip: 25301 |
| Phone Number w/Area Code: | (304) 346-7000 |
| City and State of Residence: | Millbrook, NY |
| Primary E-mail Address: | wjv@goodwingoodwin.com |
| Secondary E-mail Address: | tlw@goodwingoodwin.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam Rose |
| Law Firm Name: | Adam Rose |
| Address: | 23901 Calabasas Road #2072 |
| City: | Calabasas    State: CA    Zip: 91302 |
| Phone Number w/Area Code: | (818) 225-9040    Bar # 210880 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 21, 2022

_____
JUDGE, U.S. DISTRICT COURT