# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY INDUSTRIES, INC.,<br><br><br>Defendant | Case No. 2:22-cv-01678-DJC-DB<br><br>**ORDER REGARDING SCHEDULING IN LIGHT OF PARTIES' AGREEMENT TO ATTEND MEDIATION** |

The Parties have informed the Court of their agreement to attend mediation on August 24, 2023 to attempt to resolve this Action. In light of the Parties' agreement to attend mediation and as requested by the Parties, the Court hereby ORDERS as follows:

1. All current deadlines in the Scheduling Order, ECF No. 20, are hereby suspended;

2. On or before September 15, 2023, the Parties shall file a Joint Status Report either 1) informing the Court that this matter is resolved and proposing a timeline for any necessary settlement approval, or 2) informing the Court that the matter was not resolved and proposing new deadlines to govern the remainder of discovery, class certification briefing, and potential dispositive motion practice.

IT IS SO ORDERED.

Dated: June 28, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER