Adam Rose
Law Office Of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302
818-225-9040
Fax: 818-225-9042
Email: adam@starrlaw.com

Harold L. Lichten, *pro hac vice*
Matthew W. Thomson, *pro hac vice*
Zachary L. Rubin, *pro hac vice*
Lichten & Liss-Riordan
729 Boylston St, Suite 2000
Boston, MA 02116
617-994-5800
Fax: 617-994-5801
Email: hlichten@llrlaw.com

W. Jeffrey Vollmer, *pro hac vice*
Goodwin & Goodwin, LLP
300 Summers St., Suite 1500
Charleston, WV 25301
304-346-7000
Email: wjv@goodwingoodwin.com

*Attorneys for Plaintiff ERNEST SARTE, individually
and on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SARTE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v<br><br>HENRY INDUSTRIES, INC.,<br><br>*Defendant*. | CASE NO. 2:22-cv-01678-TLN-DB<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND RESPONSE TO ORDER TO SHOW CAUSE** |

1  Pursuant to the Court's Order dated December 12, 2023 (ECF No. 38), Plaintiffs write to
2  report that the Parties have reached a proposed class action settlement that would fully resolve all
3  claims pending in this matter. Since the date of the prior Order permitting a stay of this Action
4  (ECF No. 37), the Parties have continued to engage in settlement discussions. Plaintiffs
5  apologize for their failure to file a timely Joint Report pursuant to the Court's prior Order.
6  Nevertheless, Plaintiffs are pleased to report that the Parties have reached a proposed
7  class action settlement. Because the settlement will require Court-approval pursuant to Fed. R.
8  Civ. P. 23, Plaintiffs request that the Court set a deadline of February 1, 2024, for Plaintiffs to
9  file a motion for preliminary approval of the settlement requesting that settlement notice issue
10 pursuant to Rule 23(e). This will provide the Parties with sufficient time to draft the longform
11 settlement agreement and the approval motion.

Dated: December 14, 2023                    Respectfully submitted,

                                            /s/ *Matthew Thomson*_____
                                            Matthew Thomson
                                            Pro Hac Vice Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on December 14, 2023, on all counsel of record.

/s/ Matthew Thomson

Matthew Thomson