Adam Rose
Law Office Of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302
818-225-9040
Fax: 818-225-9042
Email: adam@starrlaw.com

Harold L. Lichten, *pro hac vice*
Matthew W. Thomson, *pro hac vice*
Zachary L. Rubin, *pro hac vice*
Lichten & Liss-Riordan
729 Boylston St, Suite 2000
Boston, MA 02116
617-994-5800
Fax: 617-994-5801
Email: hlichten@llrlaw.com

W. Jeffrey Vollmer, *pro hac vice*
Goodwin & Goodwin, LLP
300 Summers St., Suite 1500
Charleston, WV 25301
304-346-7000
Email: wjv@goodwingoodwin.com

*Attorneys for Plaintiff ERNEST SARTE, individually and on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SARTE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v<br><br>HENRY INDUSTRIES, INC.,<br><br>*Defendant*. | CASE NO. 2:22-cv-01678-TLN-DB<br><br>**ORDER ON JOINT MOTION FOR ADDITIONAL TIME TO FILE PRELIMINARY APPROVAL MOTION** |

**ORDER**

Upon the Joint Motion of the Parties, the deadline to file a motion for preliminary approval of class action settlement is hereby extended to February 24, 2024.

IT IS SO ORDERED.

Dated:  January 31, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE