Adam Rose
Law Office Of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302
818-225-9040
Fax: 818-225-9042
Email: adam@starrlaw.com

Harold L. Lichten, *pro hac vice*
Matthew W. Thomson, *pro hac vice*
Lichten & Liss-Riordan
729 Boylston St, Suite 2000
Boston, MA 02116
617-994-5800
Fax: 617-994-5801
Email: hlichten@llrlaw.com

W. Jeffrey Vollmer, *pro hac vice*
Goodwin & Goodwin, LLP
300 Summers St., Suite 1500
Charleston, WV 25301
304-346-7000
Email: wjv@goodwingoodwin.com

*Attorneys for Plaintiff ERNEST SARTE, individually and on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SARTE, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v <br><br> HENRY INDUSTRIES, INC., <br><br> *Defendant*. | CASE NO. 2:22-cv-01678 <br><br> **ORDER ON JOINT MOTION FOR ADDITIONAL TIME TO FILE PRELIMINARY APPROVAL MOTION [DKT. 54]** |

**ORDER**

Upon the Joint Motion of the Parties, the deadline to file a Motion for Preliminary Approval of Class Action Settlement is hereby extended to September 3, 2024. Any further request must be done via an administrative or noticed motion.

IT IS SO ORDERED.

Dated:  August 16, 2024            /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE