Adam Rose
Law Office Of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302
818-225-9040
Fax: 818-225-9042
Email: adam@starrlaw.com

Harold L. Lichten, *pro hac vice*
Matthew W. Thomson, *pro hac vice*
Zachary L. Rubin, *pro hac vice*
Lichten & Liss-Riordan
729 Boylston St, Suite 2000
Boston, MA 02116
617-994-5800
Fax: 617-994-5801
Email: hlichten@llrlaw.com

W. Jeffrey Vollmer, *pro hac vice*
Goodwin & Goodwin, LLP
300 Summers St., Suite 1500
Charleston, WV 25301
304-346-7000
Email: wjv@goodwingoodwin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SARTE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v<br><br>HENRY INDUSTRIES, INC.,<br><br>   *Defendant*. | CASE NO. 2:22-cv-01678-DJC-SCR<br><br><br>**ORDER GRANTING JOINT MOTION TO CONDUCT HEARING FOR MOTION FOR FINAL APPROVAL REMOTELY** |

**ORDER**

Having considered the Parties' Request to Appear by Zoom at the upcoming hearing on January 22, 2026, and having found good cause exists for said request, IT IS HEREBY ORDERED that the Request is GRANTED, and that counsel for all Parties may appear via Zoom video conference at the hearing on January 22, 2026.  Instructions for remote appearance will be sent to all parties, via e-mail, approximately one week prior to the hearing.

IT IS SO ORDERED.

Dated:  January 16, 2026                        /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

.

ORDER TO CONDUCT HEARING REMOTELY VIA ZOOM